IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEROME JONES                                                                                          PLAINTIFF
ADC #98485

V.                                      NO.  4:08cv00024 JLH-JWC

LATORIA BONE, et al                                                                          DEFENDANTS

## ORDER

Defendants have filed an answer (doc. 52) and indicated their correct names.  The Clerk is directed to make the necessary changes to reflect the full and correct name of Defendant Latoria Bone (originally sued as L. Bone).

IT IS SO ORDERED this 15th day of August, 2008.


_____
UNITED STATES MAGISTRATE JUDGE