IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEROME JONES                                                                                    PLAINTIFF

v.                              NO.  4:08cv00024 JLH-JWC

L. BONE, et al                                                                                  DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's motion for leave to file an amended complaint (doc. 43) is denied.

IT IS SO ORDERED this 21st day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE